FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 16  P 3: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CARL JOHNSON, SR.**                             CIVIL ACTION

versus                                            NO. 05-1636

**WARDEN JAMES MILLER**                           SECTION: "M" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Carl Johnson, Sr.**, for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _16th_ day of _Aug_, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____